## BUEL v. FABRICK ET AL.

To entitle the City Court to jurisdiction, it must appear, that the plaintiff or defendant was acutally residing within the city, when the cause of action arose.

ACTION of assault and battery, brought to the City Court, New Haven. Plea in abatement — That there is no direct averment that either of the parties were actually living and residing in said city at the time said cause of action arose.

Judgment — Plea insufficient. Although it is necessary to entitle the City Court to jurisdiction that this should appear;

yet the court was of opinion, that the averments in the declaration amounted to that.